IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SHARON WHIPPS, | CV 10-896-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the filing of the Unopposed Motion to Withdraw Complaint (#21) dated May 16, 2011 and the Plaintiff's signed Consent to Withdrawal of Complaint with Prejudice (#22) dated May 26, 2011, this matter is hereby **DISMISSED** with prejudice and without costs or attorney fees to either party.

Dated this 31st day of May, 2011.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL